IN THE UNITED STATES BANKRUPTCY COURT
FOR THE JUDICIAL DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>EDMI OLIVO LANDRAU<br><br>DEBTOR | CASE NO. 12-04674 BKT<br><br><br>CHAPTER 13 |

### STATEMENT INFORMING AMENDED SCHEDULES B AND C

TO THE HONORABLE COURT:

   Comes debtor represented by the undersigned attorney and most respectfully EXPOSES and PRAYS:

   1.   Debtor has filed an amended Schedules B and C to move inherited property in line 19 and correct debtor's interest in such property.

   I hereby certify that the information in the amended document is correct and the purpose of the amendment is to clarify the changed information highlighted.

/s/ EDMI OLIVO LANDRAU

RESPECTFULLY SUBMITTED.

In Caguas, Puerto Rico, this 14th day of August 2012.

   I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF System which will send notification of such filing to the parties registered in the CM/ECF System.  All other parties have been notified by the United States Postal mailing service.

/S/ JOSE A. LEON LANDRAU, ESQ.

JOSE A. LEON LANDRAU (131506)
Attorney for Debtor
P.O. Box 1687
Caguas, Puerto Rico 00626
Phone:  (787) 746-7979
Fax: (787) 744-4544

B6B (Official Form 6B) (12/07)

IN RE OLIVO LANDRAU, EDMI
_____
Debtor(s)

Case No. **12-04674 BKT**
(If known)

# AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **CASH ON HAND** | | 10.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **BANCO POPULAR DE PUERTO RICO ACCOUNT NO. 106074016** | | 10.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **BANCO POPULAR DE PUERTO RICO SAVINGS ACCOUNT NO. 106074016** | | 10.00 |
| | | **COOPERATIVA CARIBE FEDERAL CREDIT UNION ACCOUNT NO. 26153 SHARES** | | 5.63 |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **HOUSEHOLD GOODS** | | 1,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **WEARING APPAREL** | | 250.00 |
| 7. Furs and jewelry. | | **FURS AND JEWELRY** | | 50.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

IN RE OLIVO LANDRAU, EDMI
Debtor(s)

Case No. 12-04674 BKT
(If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | **1/4 PARTICIPATION ON A RESIDENCE WITH TWO BEDROOMS AND ONE BATHROOM LOCATED AT BARRIADA VENEZUELA, GUARACANAL STREET NO. 32 IN RIO PIEDRAS PUERTO RICO. PROPERTY VALUED IN $40,000.00.** | C | 10,000.00 |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 MITSUBISHI ENDEAVOR** | | 2,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE OLIVO LANDRAU, EDMI  
Debtor(s)

Case No. **12-04674 BKT**  
(If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **13,835.63** |

_0_ continuation sheets attached

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (04/10)

IN RE OLIVO LANDRAU, EDMI _____ Case No. **12-04674 BKT**
                      Debtor(s)                                       (If known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☒ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **RESIDENCE WITH THREE BEDROOMS AND TWO BATHROOMS LOCATED AT REPARTO CONTEMPORANEO, B STREET, F 11 IN RIO PIEDRAS, PUERTO RICO.** | 11 USC § 522(d)(1) | 19,900.00 | 75,000.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| CASH ON HAND | 11 USC § 522(d)(5) | 10.00 | 10.00 |
| BANCO POPULAR DE PUERTO RICO ACCOUNT NO. 106074016 | 11 USC § 522(d)(5) | 10.00 | 10.00 |
| BANCO POPULAR DE PUERTO RICO SAVINGS ACCOUNT NO. 106074016 | 11 USC § 522(d)(5) | 10.00 | 10.00 |
| COOPERATIVA CARIBE FEDERAL CREDIT UNION ACCOUNT NO. 26153 SHARES | 11 USC § 522(d)(5) | 5.63 | 5.63 |
| HOUSEHOLD GOODS | 11 USC § 522(d)(3) | 1,500.00 | 1,500.00 |
| WEARING APPAREL | 11 USC § 522(d)(3) | 250.00 | 250.00 |
| FURS AND JEWELRY | 11 USC § 522(d)(4) | 50.00 | 50.00 |
| 1/4 PARTICIPATION ON A RESIDENCE WITH TWO BEDROOMS AND ONE BATHROOM LOCATED AT BARRIADA VENEZUELA, GUARACANAL STREET NO. 32 IN RIO PIEDRAS PUERTO RICO. PROPERTY VALUED IN $40,000.00. | 11 USC § 522(d)(5) | 2,839.37 | 10,000.00 |
| 2004 MITSUBISHI ENDEAVOR | 11 USC § 522(d)(2) | 2,000.00 | 2,000.00 |

* *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE OLIVO LANDRAU, EDMI _____  Case No. __12-04674 BKT__
                                  Debtor(s)                                         (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____**16** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **August 14, 2012**       Signature: **/s/ EDMI OLIVO LANDRAU**
                                              **EDMI OLIVO LANDRAU**  Debtor

Date: _____  Signature: _____
                                         (Joint Debtor, if any)
[If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____      _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
Address

_____      _____
Signature of Bankruptcy Petition Preparer      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____  Signature: _____

                                                                     (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only